# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-0149
LT Case No. 16-2021-CF-6865-A

_____

MARSAI DEVONTA CRUZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Jessica J. Yeary, Public Defender, and Pamela D. Presnell,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

October 24, 2023

PER CURIAM.

AFFIRMED.

SOUD, MACIVER, and PRATT, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––